IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01398-BNB

RENEE BRYANT,

      Plaintiff,

v.

CITY & COUNTY OF DENVER, and
RICHARD DEAN DE OLIVAS SENA Y CORDOVA RAEL,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 3 2009

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

      Plaintiff, Renee Bryant, initiated this action by filing a ***pro se*** Title VII Complaint.
On July 15, 2009, she filed an amended Title VII Complaint on the proper form.
Magistrate Judge Craig B. Shaffer granted Ms. Bryant leave to proceed pursuant to
§ 1915 by order dated July 17, 2009. On July 20, 2009, Magistrate Judge Shaffer
determined that the amended complaint was deficient and ordered Ms. Bryant to file a
second amended complaint. Specifically, Magistrate Judge Shaffer found that although
Ms. Bryant named Richard Dean De Olivas Sena Y Cordova Rael as a Defendant, she
failed to provide his address, and failed to explain his significance to the allegations in
her Amended Complaint. Ms. Bryant was warned that Defendant Richard Dean De
Olivas Sena Y Cordova Rael would be dismissed as a party to the action if she failed to
file a second amended pleading within thirty days.

      Ms. Bryant has failed to file a second amended complaint within the deadline set

by the Court.  Therefore, Defendant Richard Dean De Olivas Sena Y Cordova Rael
will be dismissed as a party to this action.

Further, upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1,
the Court has determined that this case does not appear to be appropriate for summary
dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate
judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

ORDERED that Defendant Richard Dean De Olivas Sena Y Cordova Rael is
dismissed as a party to this action.  It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a
magistrate judge.

DATED at Denver, Colorado, this _2_ day of ___Sept.___, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  09-cv-01398-BNB

Renee Bryant
2529 S. Quintero Way
Aurora, CO 80013-1557


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ~~9|3|09~~

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk