IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01398-CMA-MEH

RENEE BRYANT,

    Plaintiff,

v.

CITY & COUNTY OF DENVER,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2009

GREGORY C. LANGHAM
                  CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

DATED: September  9 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01398-CMA-MEH

Renee Bryant
2529 S. Quintero Way
Aurora, CO 80013

US Marshal Service
Service Clerk
Service forms for: City and County of Denver

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on City and County of Denver: AMENDED TITLE VII COMPLAINT FILED 07/15/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/11/09.

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                              Deputy Clerk